UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY GIBBS,<br>      Plaintiff<br><br>v.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA and CIGNA LTD<br>PLANS<br>      Defendants | CIVIL ACTION NO.<br>301CV320 (AWT)<br><br><br><br><br>May 19, 2005 |

### MOTION FOR SUBSTITUTION OF PARTY AND
### FOR PERMISSION TO FILE AMENDED COMPLAINT

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure the plaintiff, by and through his representative, hereby requests that the executrix of the plaintiff's estate, Elaine Gibbs, be substituted as the named plaintiff in this civil action, and that the Court allow the plaintiff to file the Amended Complaint. The proposed Amended Complaint is attached hereto. The plaintiff, Jeffrey Gibbs, passed away on March 15, 2005. Prior to his death, Mr. Gibbs executed a will in which he designated his wife, Elaine B. Gibbs, as the representative and executrix of his estate. Mrs. Gibbs has decided to continue to prosecute this civil action on behalf the estate. Therefore, the amendment simply changes the named plaintiff to Elaine B. Gibbs, as Executor of the Estate of Jeffrey Gibbs in this civil action.

The points and authorities in support of this motion are contained in the accompanying memorandum of law.

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  5/27/05