UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY GIBBS, and ELAINE B. GIBBS,<br>Executrix of the Estate of Jeffrey Gibbs : | |
| : | |
| v. : | CASE NO. 3:01CV320 (AWT) |
| : | |
| CIGNA CORPORATION, LIFE INSURANCE<br>COMPANY OF NORTH AMERICA, and :<br>CIGNA LTD PLANS | |

## JUDGMENT

This action having come on for consideration of the defendants' motion for summary judgment before the Honorable Alvin W. Thompson, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a ruling granting the motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants Cigna Corporation, Life Insurance Company of North America, and CIGNA Ltd Plans.

Dated at Hartford, Connecticut, this 16th day of June, 2005.

KEVIN F. ROWE, Clerk

By _____
    Sandra Smith
    Deputy Clerk

EOD _____