FORM 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Jeffrey Gibbs and Elaine B. Gibbs
Executrix of the Estate of Jeffrey Gibbs
_____

       v.                     CIVIL CASE NO.   3:01CV320 (AWT)

Cigna Corporation, Life Insurance Company
of North America, and CIGNA LTD Plans
_____

NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), _Elaine B. Gibbs, Executrix of the Estate of Jeffrey Gibbs_ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach the Judgment or Order):

_____

Summary Judgment
_____

_____

2. The Judgment /Order in this action was entered on ___June 16, 2005___.
(date)

_____
Signature

Gregg D. Adler, Esquire
Print Name

Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.

ct05698

557 Prospect Avenue Hartford, CT 06105
Address

Date: July 13, 2005

(860) 570-4636
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

## CERTIFICATE OF SERVICE

  This is to certify that a copy of the foregoing Notice of Appeal has been sent by first-class, postage prepaid mail to the following party of record:

Attorney Linda L. Yoder
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103-1919

Attorney Vaughn Finn
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103-1919

_____
Gregg D. Adler

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JEFFREY GIBBS, and ELAINE B. GIBBS,  :
Executrix of the Estate of Jeffrey Gibbs
                                     :
v.                                        CASE NO. 3:01CV320 (AWT)
                                     :
CIGNA CORPORATION, LIFE INSURANCE
COMPANY OF NORTH AMERICA, and        :
CIGNA LTD PLANS

## JUDGMENT

This action having come on for consideration of the defendants' motion for summary judgment before the Honorable Alvin W. Thompson, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a ruling granting the motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants Cigna Corporation, Life Insurance Company of North America, and CIGNA Ltd Plans.

Dated at Hartford, Connecticut, this 16th day of June, 2005.

KEVIN F. ROWE, Clerk

By _____
Sandra Smith
Deputy Clerk

EOD _____