## DISTRICT OF CONNECTICUT - HARTFORD
## NOTICE OF APPEAL COVER MEMO

**DATE:** July 14, 2005          **TO:** Intake Clerk

                                **FROM:** Barbara Grady (860) 240-3200

**CASE TITLE:**     Gibbs v. CIGNA Corp, et al

**DOCKET NO.:**     3:01CV 320 (AWT)

**NOTICE OF APPEAL:**   filed: July 13, 2005

**APPEAL FROM:**    final judgment: ✓

                    interlocutory: __

                    other: __

**DOCKET SHEET:**   Attorney, updated address & phone number for each party  Y

                    All parties are listed on Docket Sheet
                    (Including Third Parties)  Y

                    All docket entries and dates are included  Y

**FEE STATUS:**     Paid ✓      Due ____      N/A ____

                    IFP revoked ____       Application Attached ____

                    IFP pending before district judge ____

**COUNSEL:**        CJA ____      Retained ✓       Pro Se ____

**TIME STATUS:**    Timely ✓      Out of Time ____

**MOTION FOR
EXTENSION OF TIME:** Granted ____       Denied ____

**COA:**            Granted ____       Denied ____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _Stanley A. Hader_  DATE: 07/19/05
        DEPUTY CLERK, USCA

USCA No. _____.