MANDATE

FILED

NHCT
01-CV-320
Thompson

# United States Court of Appeals
### FOR THE SECOND CIRCUIT

2007 APR 24 P 3:45

U.S. DISTRICT COURT
NEW HAVEN CT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 13th day of March, two thousand and six.

Before:    Hon. Guido Calabresi,
              Hon. Chester J. Straub,
                      *Circuit Judges*
              Hon. Christopher F. Droney,
                      *District Judge**

(FILED MAR 13, 2006 — Roseann B. Mackechnie, Clerk, Second Circuit)

Docket No. 05-3879-cv

---

ELAINE B. GIBBS, as Executrix of the Estate of Jeffrey Gibbs, Deceased,

                      *Plaintiff-Appellant,*

v.

CIGNA CORPORATION, LIFE INSURANCE COMPANY OF NORTH AMERICA, AND CIGNA LTD PLANS,

                      *Defendants-Appellees.*

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said District Court be and it hereby is VACATED and REMANDED in accordance with the opinion of this court.

                                      FOR THE COURT:
                                      ROSEANN B. MACKECHNIE, Clerk
                                      by

                                      Tracy W. Young
                                      Motions Staff Attorney

(TRUE COPY — Angela Marter)

---

* The Honorable Christopher F. Droney, United States District Judge for the District of Connecticut, sitting by designation.

Issued as Mandate: APR - 6 2006