**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
ELAINE B. GIBBS, as Executrix :
of the Estate of              :
Jeffrey Gibbs, deceased,      :
                              :
     Plaintiff,               :
                              :
v.                            :    Civil No. 3:01CV00320(AWT)
                              :
LIFE INSURANCE COMPANY OF     :
NORTH AMERICA and             :
CIGNA LTD PLANS,              :
                              :
     Defendants.              :
                              :
------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

     This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

    \_\_\_\_\_All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

    \_\_\_\_\_A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

    \_\_\_\_\_A ruling on the following motion(s), which is/are currently pending:_____ (orefm.)

   X\_\_\_A settlement conference (orefmisc./cnf)

    \_\_\_\_\_Other:_____(orefmisc./misc)

    It is so ordered.

    Dated this 16th day of May, 2006, at Hartford, Connecticut.

                                    /s/Alvin W. Thompson

                                     Alvin W. Thompson
                             United States District Judge