UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELAINE B. GIBBS, as Executrix : <br> of the estate of Jeffrey Gibbs, deceased : <br> : <br> v. : <br> : <br> CIGNA CORPORATION, LIFE INSURANCE : <br> COMPANY OF NORTH AMERICA AND : <br> CIGNA LTD PLANS : | NO.: 3:01CV320 (AWT) <br><br><br><br><br><br> DECEMBER 7, 2006 |

**JOINT MOTION TO EXTEND DEADLINES
PENDING FINALIZING OF SETTLEMENT DOCUMENTS**

The parties jointly move to extend all existing deadlines in this matter until January 31, 2007, to enable them to complete their settlement papers and file a Stipulation of Dismissal. The parties have agreed in principle to the terms of a settlement of this matter in its entirety and are currently in the process of drafting and exchanging a settlement agreement. Because plaintiff Elaine Gibbs is suing as executrix of her husband's estate, however, it has been necessary to consult with counsel for the Estate of Jeffrey Gibbs regarding the procedures required for obtaining approval of the settlement. Counsel for the Estate has recently informed plaintiff's counsel that it will be necessary to obtain approval from the Probate Court in Massachusetts before the settlement may become final.

Accordingly, the parties seek an extension of time until January 31, 2007, to finalize the settlement agreement and obtain approval from the Probate Court. They further request that any existing deadlines, including specifically the deadline for defendants to move to amend their Answer, be likewise extended. The parties expect to be able to file a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a) by the end of January, 2007.

WHEREFORE, the parties respectfully request that all deadlines be extended until January 31, 2007 to enable them to finalize the settlement of this matter.

    Respectfully submitted,

    PLAINTIFF,

    ELAINE B. GIBBS, as Executrix
    of the estate of Jeffrey Gibbs, deceased

    By: *Gregg D. Adler/VF* *with permission*
    Gregg D. Adler
    Federal Bar No. ct 05698
    Livingston, Adler, Pulda, Meiklejohn
    & Kelly, P.C.
    557 Prospect Avenue
    Hartford, CT 06105
    Tel: (860) 570-4636

    DEFENDANTS,

    LIFE INSURANCE COMPANY
    OF NORTH AMERICA AND
    CIGNA LTD PLANS

    By: *Vaughan Finn*
    Vaughan Finn
    Federal Bar No. ct 13963
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT 06103-2819
    Tel: (860) 251-5000
    Fax: (860) 251-5599

## CERTIFICATE OF SERVICE

I hereby certify that, on this 7th day of December, 2006, a copy of the foregoing Joint Motion to Extend Deadlines Pending Finalizing of Settlement Documents was served via U.S. mail, postage prepaid, upon:

Gregg D. Adler
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105

_____
Vaughan Finn

455077 v.1