UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELAINE B. GIBBS, as Executrix<br>of the estate of Jeffrey Gibbs, deceased | : | NO.: 3:01CV320 (AWT) |
| | : | |
| v. | : | |
| | : | |
| LIFE INSURANCE COMPANY OF<br>NORTH AMERICA AND<br>CIGNA LTD PLANS | : | February 28, 2007 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Elaine B. Gibbs, as Executrix of the estate of Jeffrey Gibbs, and defendants Life Insurance Company of North America and CIGNA LTD Plans stipulate that this action shall be dismissed with prejudice and without attorneys' fees to either side.

Respectfully submitted,

PLAINTIFF,

ELAINE B. GIBBS, as Executrix
of the estate of Jeffrey Gibbs, deceased

By: _____
Gregg D. Adler
Federal Bar No. ct 05698
Livingston, Adler, Pulda, Meiklejohn
& Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105
Tel: (860) 570-4636

DEFENDANTS,

LIFE INSURANCE COMPANY
OF NORTH AMERICA AND
CIGNA LTD PLANS

By: /s/ Vaughan Finn
Vaughan Finn
Federal Bar No. ct 13963
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-2819
Tel: (860) 251-5000
Fax: (860) 251-5599

458258